IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

BUTCH BRIAN LOCKHART,

    Plaintiff,

v.                                      CIVIL ACTION NO. 1:16-05216

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.


**MEMORANDUM OPINION AND ORDER**

      By Standing Order, this action was referred to United
States Magistrate Judge Cheryl A. Eifert for submission of
findings and recommendation regarding disposition pursuant to 28
U.S.C. § 636(b)(1)(B).  Magistrate Judge Eifert submitted to the
court her Proposed Findings and Recommendation ("PF&R") on March
21, 2017, in which she recommended that the court grant the
plaintiff's motion for summary judgment to the extent that he
seeks remand; deny defendant's request to affirm the
Commissioner's decision; reverse the final decision of the
Commissioner, remand the case to the Commissioner pursuant to
sentence four of 42 U.S.C. § 405(g) for further proceedings as
outlined in the PF&R; and dismiss this matter from the court's
docket.

      In accordance with the provisions of 28 U.S.C. § 636(b),
plaintiff was allotted fourteen days and three mailing days in
which to file any objections to Magistrate Judge Eifert's

Proposed Findings and Recommendation.  The failure of any party

to file such objections within the time allowed constitutes a

waiver of such party's right to a <u>de novo</u> review by this court.

<u>Snyder v. Ridenour</u>, 889 F.2d 1363 (4th Cir. 1989).

Neither party filed any objections to the Magistrate

Judge's Findings and Recommendations within the required time

period.  Accordingly, the court adopts the Findings and

Recommendations of Magistrate Judge Eifert as follows:

1.   Plaintiff's Motion for Summary Judgment is **GRANTED**
     to the extent he seeks remand pursuant to sentence
     four of 42 U.S.C. § 405(g);

2.   Defendant's Brief in Support of Defendant's
     Decision is **DENIED**;

3.   The final decision of the Commissioner is
     **REVERSED**;

4.   The case is **REMANDED** to the Commissioner pursuant
     to the fourth sentence of 42 U.S.C. § 405(g) for
     further proceedings as outlined in the Proposed
     Findings and Recommendation; and

5.   This Clerk is directed to remove this case from
     the court's active docket.

The Clerk is directed to forward a copy of this

Memorandum Opinion and Order to counsel of record.

**IT IS SO ORDERED** this 25th of April, 2017.

ENTER:

David A. Faber
Senior United States District Judge